USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/25/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**OPERADORA KAU-KAN, ET AL,**

                **Plaintiff/Relator,**        20-cv-2770

     -against-        **ORDER**

**PRODIGY NETWORK LLC, ET AL,**

                **Defendant.**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On June 16, 2020, Plaintiffs requested a pre-motion conference on their anticipated motion for leave to file their amended complaint. Defendants should respond by June 30, 2020.

**SO ORDERED.**

**Dated:  June 25, 2020**
        **New York, New York**         _____
                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**