USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/3/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| **OPERADORA KAU-KAN ET AL.,** | |
| Plaintiffs, | **1:20-cv-02770-ALC** |
| | **ORDER TERMINATING PARTY** |
| -against- | |
| **PRODIGY NETWORK, LLC ET AL.,** | |
| Defendants. | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs' Second Amended Complaint, dated September 10, 2020, removed Rodrigo Nino as a defendant. *See* ECF No. 19. Accordingly, the Clerk of Court is respectfully directed to terminate Rodrigo Nino.

**SO ORDERED.**

**Dated:   December 3, 2021**
          **New York, New York**                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**