USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/8/21_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   **OPERADORA KAU-KAN ET AL.,**

                              **Plaintiffs,**          **1:20-cv-02770-ALC**
                                                           **ORDER**

      -against-

   **PRODIGY NETWORK, LLC ET AL.,**
                              **Defendants.**
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On September 30, 2021, the Court issued a decision on Defendant Chinchay's motion to dismiss. ECF No. 51. The parties shall submit no later than **December 15, 2021** a joint status report on how they would like to proceed with the case. The joint status report shall also address how the parties will proceed with Defendant Prodigy Network LLC.

**SO ORDERED.**

Dated:   December 8, 2021
           New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**