USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/20/21__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                           :
**OPERADORA KAU-KAN ET AL.,**           :
                                           :
                            **Plaintiffs,**   :     **1:20-cv-02770-ALC**
                                           :     <u>**ORDER STAYING CASE**</u>
      **-against-**                           :
                                             :
**PRODIGY NETWORK, LLC ET AL.,**   :
                                  **Defendants.**  :
                                             :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the bankruptcy proceedings involving Defendant Prodigy Network LLC, this action is automatically STAYED pursuant to Section 362 of the Bankruptcy Code. The parties shall submit a status letter 90 days from today and every 90 days thereafter until further order from the Court.

**SO ORDERED.**

Dated:   December 20, 2021
            New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**