UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OPERADORA KAU-KAN, et al.,

                Plaintiffs,

-against-

PRODIGY NETWORK, LLC, et al.,

                Defendants.

1:20-cv-02770 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On January 26, 2023, the Court ordered the parties to submit a joint letter within two weeks of that Order. *See* ECF No. 61. No such letter has been filed. As a courtesy, the Court will grant an extension and the parties shall file the joint letter required by ECF No. 61 no later than February 17, 2023.

Dated: February 10, 2023
       New York, New York

                                  SO ORDERED.

                                  JENNIFER L. ROCHON
                                  United States District Judge