UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OPERADORA KAU-KAN, et al.,

                Plaintiffs,

-against-

PRODIGY NETWORK, LLC, et al.,

                Defendants.

1:20-cv-02770 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    The Court has reviewed Plaintiffs' status letter. *See* ECF No. 63.

    IT IS HEREBY ORDERED that Plaintiffs shall file another status letter on or before **May 18, 2023**, updating the Court on the status of the case, including whether the associated bankruptcy remains ongoing.

    Additionally, by Memorandum and Order dated September 30, 2021, the Court dismissed all claims against Defendant Leonard Chinchay. *See* ECF No. 51. Plaintiffs confirm in their joint letter that Defendant Leondard Chinchay has been dismissed from this action. *See* ECF No. 63 at 1 n.1. Accordingly, the Clerk of Court is respectfully directed to terminate Defendant Leonard Chinchay from this action.

Dated: February 17, 2023
       New York, New York

                                          SO ORDERED.

                                          JENNIFER L. ROCHON
                                          United States District Judge