UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OPERADORA KAU-KAN, et al.,

                Plaintiffs,

-against-

PRODIGY NETWORK, LLC, et al.,

                Defendants.

Case No. 1:20-cv-02770 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 20, 2021, this action was automatically stayed pursuant to Section 362 of the Bankruptcy Code in light of the bankruptcy proceedings involving Defendant Prodigy Network LLC. *See* Dkt. 56. At the Court's direction, the parties last submitted a joint status letter on April 23, 2025, updating the Court as to the bankruptcy proceeding's status and any next steps.

The Court hereby orders the parties to file another joint status letter not to exceed three pages by November 12, 2025, and every six (6) months thereafter (or sooner if there is a relevant change in the bankruptcy status).

Dated: November 5, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge