UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OPERADORA KAU-KAN, et al.,

                              Plaintiffs,

        -against-

PRODIGY NETWORK, LLC, et al.,

                              Defendants.

Case No. 1:20-cv-02770 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 5, 2025, the Court ordered the parties to file a joint status letter by November 12, 2025, and every six months thereafter (or sooner if there was a relevant change in the bankruptcy status).  Dkt. 77.  The parties submitted their status letter on November 12, 2025, making their next status letter due by May 12, 2026.  *See id.*; Dkt. 78.  That deadline has passed with no such update from the parties.

Accordingly, by **May 20, 2026**, the parties shall submit a letter regarding the status of the bankruptcy proceedings.

Dated:  May 15, 2026
        New York, New York

                                  SO ORDERED.

                                  JENNIFER L. ROCHON
                                  United States District Judge